**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA FARVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | CASE NO. 4:20-CV-07570-JSW<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Date Filed: December 3, 2021<br>Judge:     Jeffrey S. White |

Upon consideration of the Parties' Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby orders as follows:

The Stipulation is hereby **GRANTED**. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 10, 2021

_____
HON. JEFFREY S. WHITE
Judge, U.S. District Court
Northern District of California